AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

Phil Pleasant

JUDGMENT IN A CIVIL CASE

v.

Zais, et al

CASE NUMBER: CV-07-3080-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Defendants' Motion For Summary Judgment (Ct. Rec. 47) is GRANTED. Defendants are awarded judgment on all claims asserted against them by Plaintiff pursuant to the ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT filed on 10/17/08, Ct. Rec. (62).

| October 17, 2008 | JAMES R. LARSEN |
|---|---|
| *Date* | *Clerk* |
|  | s/ Vikki Johnson |
|  | *(By) Deputy Clerk* |
|  | Vikki Johnson |